

**THE LAW OFFICES OF**
# ANDREW J. FRISCH, PLLC

**MEMO ENDORSED**

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

November 17, 2019

*By ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

Re: *United States v. Jacqueline Tsai*
   *Criminal Docket No. 17-198 (KMW)*

Dear Judge Wood:

On behalf of Jacqueline Tsai in the above-referenced case, I write to advise the Court that she attempted suicide on November 15, 2019, the day she was scheduled to surrender to begin serving her sentence, and is currently at Pacifica Hospital of the Valley, Sun Valley, California 91352. Ms. Tsai's husband has been providing me updates, though it appears that Ms. Tsai was or has been refusing to speak to him. I spoke to Ms. Tsai by telephone briefly last night, but her speech was slurred, and I could not completely understand her.

My understanding is that Ms. Tsai's husband called the Probation Department on Friday or Saturday to report the situation. To the extent that the government applies for a warrant based on Ms. Tsai's failure to surrender on Friday as scheduled, I respectfully request that the Court hold that request in abeyance pending a further update.

[Granted KMW]

Respectfully,

/s/
Andrew J. Frisch

cc: AUSA Christine Magdo

11-18-19
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
**KIMBA M. WOOD**
U.S.D.J.